# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN NICKELSON, | : | No.: 4:17-CV-02044 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ACF INDUSTRIES, LLC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of May 2018, in light of the Notice of Voluntary Dismissal, ECF No. 13, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge